CHARLES H. KEEP et al., Individually and as Executors of
ROGER W. KEEP, Deceased, Respondents, v. MAURICE G.
WALSH et al., Appellants.

*Keep* v. *Walsh*, 33 App. Div. 643, affirmed.
(Submitted October 31, 1900; decided November 16, 1900.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment, entered October 24, 1898, affirming a judgment in favor
of plaintiffs entered upon a verdict directed by the court.

The questions certified were as follows:

1. Upon the undisputed facts in this case, are the plaintiffs
entitled to recover against the defendants?

2. The facts in this case being undisputed, are the defend-
ants liable for the acts of their servant, Conniff, who caused
the injury to plaintiffs' property for which the judgment herein
was recovered?

3. Should the judgment herein be reversed, with costs in all
the courts?

*P. F. King* for appellants.

*E. J. Taylor* for respondents.

Judgment affirmed, with costs, the first two questions certified answered in the affirmative, the third in the negative; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.